ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1780 MJD/RLE

REDACTED
For Public Disclosure

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. TRUDY L. LEE HOFER, Defendant, and CPC, Garnishee. | WRIT OF CONTINUING GARNISHMENT |

TO: CPC, 250 Prairie Center Drive, Eden Prairie, MN 55344

An application for a Writ of Continuing Garnishment against property of the above-named defendant, Trudy L. Lee Hofer, has been filed with this Court by the United States of America.

A judgment was entered in favor of the United States of America and against the defendant on November 13, 2000, for Student Loan defaults. As of July 8, 2005, the balance on this judgment debt was $13,427.07 in principal, plus interest, costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from July 8, 2005, at the rate of 6.241% per annum.

You, CPC, the garnishee, are required by law to immediately withhold and retain any property in your custody, control or possession in which the judgment debtor, Trudy L. Lee Hofer, has a substantial non-exempt interest. It is unlawful for you to pay or deliver to the defendant any item attached by this Writ. You are

SCANNED
AUG 17 2005
U.S. DISTRICT COURT MPLS

to take this action pending further order of the above-referenced court.

Under the law, there is property which is exempt from this Writ of Continuing Garnishment. A listing of such property is enclosed (see Claim for Exemption Form).

You, the garnishee, are required by law to answer this Writ of Continuing Garnishment, in writing, under oath, within ten (10) days of your receipt of this Writ. In the Answer of the Garnishee, you must indicate whether you have in your custody, control, or possession, property in which this judgment debtor has a substantial non-exempt interest, providing a description of such property and an indication of the judgment debtor's interest in it.

You, the garnishee, are required by law to mail or deliver in person, within 10 days, the original, signed and notarized Answer of the Garnishee to the Clerk of the United States District Court, 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. Additionally, you are required by law to mail or deliver in person a copy of the completed Answer of the Garnishee to the debtor, at XXXXXX, Climax, MN 56523; and to counsel for the United States, at the United States Attorney's Office, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

If you fail to answer this Writ of Continuing Garnishment, or if you fail to withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before said Court and show good cause why you failed to comply with this Writ. Failure to appear before the

Court or failure to show good cause for your noncompliance with this Writ may result in the Court entering a judgment against you. That judgment would be in the amount of the judgment debtor's nonexempt interest in the property in your custody, control or possession that is subject to this garnishment, up to the outstanding debt balance, plus attorney fees.

Authorized By:

Date: July 15, 2005

Raymond L. Erickson
Magistrate Judge
United States District Court
District of Minnesota

Issued By:
Richard Sletten, Clerk
United States District Court
District of Minnesota

Date: July 15, 2005

Deputy Clerk

...art form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Dep... ...ent of Justice
United ... Marshals Service

# PROCESS RECEIPT AND RETURN

See *"Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTI... United ...s | COURT CASE NUMBER 00-1780 MJD/RLE |
| DEFEND... Trudy L. ...-Hofer | TYPE OF PROCESS wage garnishment |

...ME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

CPC

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

...250 Prairie Center Drive, Eden Prairie, MN 55344 952-944-1861

05 AUG 17 AM ... RECEIVED ... U.S. ... MINNEAPOLIS

| ...SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| ...S. ATTORNEY'S OFFICE<br>...U.S. Courthouse<br>...uth Fourth Street<br>...olis, MN 55415<br>...ancy Lair | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

RECEIVED Aug 4 9 38 AM '05 US MARSHALS SERVICE MPLS, MN

SPECI... ...UCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, ...umbers, and Estimated Times Available for Service):*

Fold

Fold

SERV... ...RNISHEE FIRST

| Signature of ... ...her Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Nancy Lair | ☑ PLAINTIFF ☐ DEFENDANT | 612-664-5656 | 8/3/05 |

...W FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I ack... ...for the total ...ted. (...2... if more ...is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 41 | No. 41 | N Schmidt | 8/4/05 |

I hereby c... ...return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the ind... ...company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I he... ...return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and ...idual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Robert P. Reiter - President | |

| Add... ...ifferent than shown above) | Date | Time |
|---|---|---|
| above address | 8/11/05 | 4:00 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy: Kurt M. H... | |

| Service Fee | ...Mileage Charges ...ing endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45- | 12.15 | | 57.15 | | ~~$0.00~~ |

REMAR...

Served on 8/11/05 at 4:00 PM. 1 DUSM. 30 miles round trip, 1 Hour. KH

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, ...if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

Form USM-285
Rev. 12/15/80
Automated 01/00