UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-1780 MJD/RLE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) **GARNISHMENT ORDER**
)
TRUDY L. LEE HOFER, )
)
Defendant, )
)
CPC, )
)
Garnishee. )

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is not an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on August 11, 2005, is hereby released.

Dated: August 19, 2005

BY THE COURT:

s/Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge