UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1780 MJD/RLE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) **GARNISHMENT ORDER**
)
TRUDY L. LEE HOFER, )
)
Defendant, )
)
AMERICAN FEDERAL BANK, )
)
Garnishee. )

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. At the request of the United States,

IT IS ORDERED that the Writ of Garnishment served on August 10, 2005, is hereby released.

Dated: August 29, 2005

s/Raymond L. Erickson

Magistrate Judge
United States District Court